ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Amit Manelikar (1) | ) | Case No. 4:15-MJ-264 |
| Vivek Mathivanan (2) | ) | |
| Palvinder Bath (3) | ) | |
| Pratik Vighne (4) | ) | |
| Chandan Thakur (5) | ) | |
| Karan Rathod (6) | ) | |
| Vishruth Reddy Gujjula (7) | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/2012 through 8/2013__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343; and | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Sheraun P. Howard, Federal Bureau of Investigation

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA SHERAUN P. HOWARD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/21/2015

_____
*Judge's signature*

City and state: Plano, Texas

DON D. BUSH, U.S. Magistrate Judge
*Printed name and title*